UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TALK FUSION, INC., a Florida corporation,

    Plaintiff,

v.

Case No. 8:11-cv-01134-VMC-AEP

J.J. ULRICH, an individual, JOE READ, an individual, WOWWE, INC., a Nevada corporation, and WOWWE MEDIA, LLC, a Nevada limited liability company,

    Defendants.

_____/

## AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, Talk Fusion, Inc. ("**Talk Fusion**"), by and through undersigned counsel, hereby moves this Court for an Amended Temporary Restraining Order pursuant to Rule 65 of the Federal Rules of Civil Procedure, and states:

1. On May 20, 2011, Talk Fusion filed its Complaint in this action against Defendants, J.J. Ulrich ("**Ulrich**"), Joe Read ("**Read**"), and I Wow We, LLC.

2. On May 23, 2011, Talk Fusion filed its Emergency Motion for a Temporary Restraining Order and Preliminary Injunction and the Affidavit of Robert Reina in support thereof.

3. On May 24, 2011, this Court granted Talk Fusion's Motion and entered a Temporary Restraining Order against Defendants Ulrich, Read, and I Wow We, LLC.

4. In researching service upon Defendants, undersigned counsel discovered that he had improperly named the entity doing business as I Wow We. Upon further investigation, it

was discovered that two entities conduct business as "I Wow We": (a) WowWe, Inc., and WowWe Media, LLC. These are related entities. Both are formed under the laws of the State of Nevada and both have their principal place of business at the same address in The Woodlands, Texas. William Starkey is the President of WowWe, Inc. and the Managing Member of WowWe Media, LLC. Both entities appear to do business as "I Wow We." As set forth in Talk Fusion's Complaint, Motion, and Affidavit of Robert Reina, the entities doing business as "I Wow We" compete with Talk Fusion and have been acting in concert with Ulrich and Read to solicit Talk Fusion's Associates and customers. All the facts alleged against I Wow We, LLC regarding solicitation of Talk Fusion's Associates and customers apply to the entities known as WowWe, Inc. and WowWe Media, LLC.

5. Contemporaneously with this Motion, Talk Fusion has filed an Amended Complaint naming WowWe, Inc. and WowWe Media, LLC as Defendants, and omitting I Wow We, LLC.

6. Talk Fusion respectfully requests that the Court enter an Amended Temporary Restraining Order naming WowWe, Inc. and WowWe Media, LLC as enjoined parties instead of I Wow We, LLC.

7. As of the filing of this Motion, Talk Fusion has served Ulrich and is in the process of serving Read with all papers filed herein, but has not initiated service on any entity doing business as I Wow We.

WHEREFORE, Plaintiff, Talk Fusion, Inc., respectfully prays that this Court enter an Amended Temporary Restraining Order deleting I Wow We, LLC and substituting WowWe, Inc. and WowWe Media, LLC.

3

**SIVYER BARLOW & WATSON, P.A.**
401 East Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
Attorneys for Plaintiff

/s/ Edward J. Kuchinski
Mahlon H. Barlow
Florida Bar No. 871117
Edward J. Kuchinski
Florida Bar No. 373745