UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TALK FUSION, INC., a Florida corporation,

       Plaintiff,

v.                                             Case No. 8:11-cv-01134-VMC-AEP

J.J. ULRICH, an individual, JOE READ, an
individual, and I WOW WE, LLC, a Texas
limited liability company,

       Defendants.

_____/

## DECLARATION OF JONATHAN CHEN

I, Jonathan Chen, being over the age of 18 and otherwise competent to give this testimony, verify the following facts of which I have personal knowledge:

1.    I am the IT director for Talk Fusion, Inc. ("**Talk Fusion**"). I developed Talk Fusion's software. I am very familiar with Talk Fusion's computer programs, servers and the information stored in Talk Fusion's computer system.

2.    Talk Fusion has developed and maintains on its computer system an extensive genealogy that is highly confidential and is password protected. The protected information includes names, email addresses, sales rank and sales volume. This data is accumulated and maintained in strict confidence by Talk Fusion. The data is proprietary to Talk Fusion.

3.    Beginning on the evening of April 2, 2011 at 6:10pm CST, an outside entity ran a test on Talk Fusion's servers. Thereafter, starting at 8:00pm CST, attacks started on Talk Fusion's servers and continued from there every hour. *See* Exhibit "A".

4.      Upon further investigation, it was discovered that an external process was running to gather member information using a scheduled task on a remote server. This external process was gathering confidential information from Talk Fusion's servers without Talk Fusion's consent.

5.      I researched the source of the external process that was originating the attacks on Talk Fusion's servers. I was made aware of a website created by J.J.Ulrich named either "Talk Fusion Service" or "Talk Fusion Service" and I was able to trace the attacks back to IP addresses associated with these websites.

6.      On April 25-26, 2011, the attacks on Talk Fusion's servers abruptly stopped. *See* Exhibit "B".

7.      I have subsequently been provided and reviewed a code written by Joe Read which was used to attack Talk Fusion's servers. *See* Exhibit "C". This code was written in February 2011. The code used Talk Fusion Associates' ID numbers and passwords to access Talk Fusion's servers and collect geneology and other information. This information would include name, email and volume of Talk fusion's Associates. The geneology information would include all downline information for a particular ID number and password. By entering an ID number and password, therefore, Ulrich and Read could gather information on not only that particular Talk Fusion Associate but on all Talk Fusion Associates that person recruited.

8.      Log ins from a server associated with Joe Read began in February 2011 and appear to be tests. The log ins continued through March and escalated in April 2011. *See* Exhibit "D". The code accessed Talk Fusion's system on an hourly basis to gather information and continually update the information taken from the Talk Fusion servers. Ulrich and Read collected 1101 ID numbers and passwords of Talk Fusion Associates. Ulrich and Read used

these ID numbers and passwords to access Talk Fusion's servers. The log ins reached a peak of 327,732 per day. In total there were approximately 3.9 million log ins from the external process created by Ulrich and Read. Through this code and attacking Talk Fusion's servers, Ulrich and read were able to create a ghost system containing Talk Fusion's confidential geneology and other information.

9.   I am aware of emails dated June 5, 2011 from I Wow We associates to Talk Fusion Associates using email addresses from the Talk Fusion servers and not available elsewhere.


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING TESTIMONY IS TRUE AND CORRECT.

Executed on this _5_ day of _June_, 2011.

_____
Jonathan Chen