UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TALK FUSION, INC.,

    Plaintiff,

v.   CASE NO: 8:11-cv-1134-T-33AEP

J.J. ULRICH, et al.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff Talk Fusion, Inc.'s Motion to Extend Amended Temporary Restraining Order (Doc. # 32).

Rule 65(b)(2) of the Federal Rules of Civil Procedure permits a court to extend a temporary restraining order for 14 days "for good cause" or for a longer amount of time if the adverse party consents. There is no indication in the motion that the adverse parties consent. The Court does find, however, good cause for a 14-day extension of the Amended Temporary Restraining Order. Specifically, the extension will allow time for Talk Fusion and Defendants Ulrich and Read to confer regarding the scope of the preliminary injunction and for Magistrate Judge Porcelli to set a hearing to consider the preliminary injunction against Defendant I Wow We, who did not attend the initial hearing on the preliminary injunction based

on the timing of service on I Wow We.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Talk Fusion, Inc.'s Motion to Extend Amended Temporary Restraining Order (Doc. # 32) is **GRANTED**.  The Amended Temporary Restraining Order shall remain in full force and effect until **5:00 p.m. on June 21, 2011**, at which time it shall expire by its terms unless extended by this Court upon good cause shown, by consent of the parties, or by entry of a subsequent preliminary injunction by this Court.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of June, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2