UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TALK FUSION, INC., a Florida corporation,

    Plaintiff,

v.

Case No. 8:11-cv-01134-VMC-AEP

J.J. ULRICH, an individual, JOE READ, an individual, and I WOW WE, LLC, a Texas limited liability company,

    Defendants.
_____/

## DECLARATION OF JANET GARCIA

I, Janet Garcia, being over the age of 18 and otherwise competent to give this testimony, verify the following facts of which I have personal knowledge:

1. Since January 10, 2011, I have been a Talk Fusion Associate. I was not personally sponsored by J.J. Ulrich to join Talk Fusion.

2. On June 21, 2011, I received a message from J.J. Ulrich via Skype. A true and correct copy of the Skype message received from J.J. Ulrich on June 21, 2011, is attached hereto as Exhibit "A."

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING TESTIMONY IS TRUE AND CORRECT.

Executed on this 29th day of June, 2011.

_____
JANET GARCIA