EXHIBIT "A"

Skype™ [1] - jhercilla

Skype  Contacts  Conversation  Call  View  Tools  Help

Janet Garcia
$4.39 - No subscription

Contacts        Recent

Search

**Today**
Team Blue Diamond - TF
Verenetta Warner - http://VerenettaWarner.com

**Yesterday**
J.J. Ulrich
Ayanna Mitchell
Jason (JCGLOBAL777) P.R. likes TF
Jennifer Kepler - moderator of VIP Section
Shannon Robinson - vip old account
The VIP-OTC Live Training - Paid Members
Steven Gans
Mike Garr
Michael Maldonado - partner

**Sunday, June 19, 2011**
TEAM Legacy

Add a contact        Create a group

Call phones

Skype Premium - now up to 25% off
Enjoy group video calling, 24/7 live chat customer support, and an exclusive HD view

25,232,415 people online

---

J.J. Ulrich

Video call    Call ▾

✕ Close

Don't tell me the sky is the limit when there are footprints on the moon!

6:11 AM Salt Lake City, UT, United States

Away

Share    Add people    Check settings

Show messages from: Yesterday · 7 days · 30 days · 3 months

J.J. Ulrich    Hello Janet,

If you will be in Salt Lake City or know of anyone who is will you take some time to be my guest at a very special event to meet a close friend of mine, Mr. Bill Starkey, owner of IWowWe International? This Event will be this Thursday June 23, 2011 from 7 PM to 9 PM at Courtyard Marriot 10701 South Holliday Park Drive Sandy, Utah. Janet at this event you will discover the most valuable relationship and business building tools I have ever used in my 14 years of networking and you will be amazed you can use it for FREE

You will see a presentation on the product and an overview of an affiliate marketing plan that will keep you from sleeping. Don't Miss this event! Seating is limited so please RSVP with me the number of seats you will need via email me@jj.ulrich.com or text message 801-381-5111 as soon as possible.

Janet, I would consider this a personal (handshake)(favor) if you and your guests will attend or if you will not be in town share it with your social media groups so people in the area can attend. You will get to see what I have been working on. If you have been a member of Talk Fusion during the last 6 months and were not personally invited by me you may not attend as a guest of mine due to restrictions from Talk Fusion, sorry for this inconvenience.

1:11 AM

SMS
Type a message to J.J. Ulrich here

Send message